JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR WILLIAM GALVEZ,<br><br>                 Petitioner,<br>     v.<br><br>RON BARNES, Warden,<br><br>                 Respondent. | Case No. SACV 12-897-JVS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 19, 2012

                                 HONORABLE JAMES V. SELNA
                                 United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge